SHAINIS & PELTZMAN, CHARTERED
Stephen C. Leckar (SL-9168)
1850 M St., NW, Suite 240
Washington, D.C. 20036
(202) 742-4242

LAW OFFICE OF FREDERICK R. DETTMER
Frederick R. Dettmer (FD-2426)
340 Corlies Ave.
Pelham, New York 10803
(914) 738-8782

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**INTERNATIONAL SWAPS AND DERIVATIVES ASSOCIATION, INC.**

                **Plaintiff,**

-against-

**SOCRATEK, L.L.C.**

                **Defendant.**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Index No.:**
**09-cv-8033 (HB)**

**NOTICE OF MOTION**

      **PLEASE TAKE NOTICE** that upon the annexed Declaration of Stephn C. Leckar dated September 11, 2009, Declaration of Robert Pickel dated September 15, 2009, and Declaration of Breda Walsh dated September 16, 2009, and upon the exhibits thereto, the accompanying Memorandum of Law in support of this motion, and the pleadings herein, Plaintiff INTERNATIONAL SWAPS AND DERIVATIVES ASSOCIATION, INC. will move this Court, before the Honorable Harold Baer, United States District Judge, on the 2nd day of December, 2009, at 9:30 AM or as soon thereafter as counsel may be heard, for an order pursuant to Rule 65 of the Federal Rules of Civil Procedure granting Plaintiff a preliminary injunction restraining Defendant

SOCRATEK, L.L.C. from selling or reselling Plaintiff's copyrighted Master Agreements pending this suit's determination and the issuance of a permanent injunction.

Dated: Pelham, New York
      September 18, 2009

                                              Frederick R. Dettmer [FD-2426]
                                              Law Office of Frederick R. Dettmer
                                              340 Corlies Ave.
                                              Pelham, New York 10803
                                              914-738-8782

                                              Stephen C. Leckar [SL-9168]
                                              Shainis & Peltzman, Chartered

                                              1850 M Street, NW
                                              Suite 240
                                              Washington, D.C. 20036
                                              202-742-4242

TO:  SOCRATEK, L.L.C.
       36 Warfield Street
       Montclair, New Jersey 07043

## Certificate of Service

The undersigned certifies that a true and correct copy of the foregoing Notice of Motion was served, by electronic means, upon the following the 22nd day of September, 2009:

> Alan R. Schwartz, Esq.
> 30 Hancock Street
> Lexington, Massachusetts 02420

_____
FREDERICK R. DETTMER