UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
INTERNATIONAL SWAPS AND
DERIVATIVES ASSOCIATION, INC.

            Plaintiff,

   - against -

SOCRATEK, L.L.C,

           Defendant.
-----------------------------------------------------------x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/09
```

09 CV 8033 (HB)

**ORDER**

**Hon. HAROLD BAER, JR., District Judge:**

    WHEREAS, a Pretrial Scheduling Order in this above-captioned action was filed and docketed on December 11, 2009 (Docket No. 19); and

    WHEREAS, the Order indicated that this case would be added to my November 2010 Trailing Trial Calendar; and

    WHEREAS, I indicated to parties, and both sides agreed, that this case would be added to the September 2010 Trialing Trial Calendar; it is hereby

    **ORDERED**, that this case will be added to the September 2010 Trailing Trial Calendar. Parties are instructed to ignore the November 2010 date given in the Pretrial Scheduling Order.

**SO ORDERED.**

New York, New York
December 17, 2009

_____
**HAROLD BAER, JR.**
**United States District Judge**