SHAINIS & PELTZMAN, CHARTERED
Stephen C. Leckar (SL-9168)
1850 M St., NW, Suite 240
Washington, D.C. 20036
(202) 742-4242

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6|22|10

LAW OFFICE OF FREDERICK R. DETTMER
Frederick R. Dettmer (FD-2426)
340 Corlies Ave.
Pelham, New York 10803
(914) 738-8782

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------

**INTERNATIONAL SWAPS AND DERIVATIVES**
**ASSOCIATION, INC.**

                    **Plaintiff,**

      -against-

**SOCRATEK, L.L.C.,**

                    **Defendant.**

--------------------------------------

**Index No.:**
**09-cv-8033 (HB)**

### STIPULATION TO DISMISS

This matter having been resolved by the parties, it is stipulated pursuant to Rule

41(a)(1)(A)(ii), F.R.Civ.P., that this action be dismissed with prejudice, each party to

bear its own costs and fees. The Court shall retain jurisdiction to enforce the parties'

settlement of June 8, 2010.

                           Respectfully submitted,

                           SHAINIS & PELTZMAN, CHARTERED

                           By: Stephen C. Leckar /FRD
                           Stephen C. Leckar (SL-9168)
                           1850 M St., N.W., Suite 240

Washington, D.C. 20036
(202) 742-4242

LAW OFFICE OF FREDERICK R.
DETTMER

By: _Frederick R. Dettmer_

Frederick R. Dettmer (FD-2426)
340 Corlies Ave.
Pelham, New York 10803
(914) 738-8782

Attorneys for Plaintiff INTERNATIONAL
SWAPS AND DERIVATIVES
ASSOCIATION, INC.

Alan Schwartz (AS-2629319)
30 Hancock St.
Lexington, MA 02420
(617) 999-0711

Attorney for Defendant SOCRATEK, LLC

SO ORDERED this ___ day of ___ 2010

Harold Baer, U.S.D.J.

6